# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION**, *as assignee of individuals who are Covered Persons*, **JANE DOE-1**, *a law enforcement officer*, **JANE DOE-2**, *a law enforcement officer*, **EDWIN MALDONATO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV,** and **WILLIAM SULLIVAN**,<br><br>           **Plaintiffs,**<br><br>v.<br><br>**FIRST DIRECT, INC., RICHARD ROES 1–10**, *fictitious names of unknown individuals*, and **ABC COMPANIES 1–10**, *fictitious names of unknown entities*,<br><br>           **Defendants.** | CIVIL ACTION<br><br>No. 1:25-cv-01480-HB<br><br>Return Date: April 21, 2025<br><br>No Oral Argument Requested |

**NOTICE OF DEFENDANT, FIRST DIRECT, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FED. R. CIV. P. 12(B)(6)**

**PLEASE TAKE NOTICE** that on **April 21, 2025** at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant, First Direct, Inc. ("First Direct"), by and through its undersigned attorneys, Freeman Mathis & Gary, LLP, will move before the United States District Court for the District of New Jersey, Camden Vicinage, Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey 08101, the Honorable Harvey Bartle III, United States District Judge for the Eastern District of Pennsylvania (sitting by designation), for an Order dismissing, with prejudice, Plaintiffs' Complaint in accordance with Federal Rule of Civil Procedure 12(b)(6) on the grounds that Daniel's Law, N.J.S.A. §§ 47:1A-1 et seq. and 56:8-166.1, is facially unconstitutional.

**PLEASE TAKE FURTHER NOTICE** that, per the parties' March 13, 2025 telephonic conference with the Court (*see* Notice, ECF No. 8) and the Court's subsequent Order of March 13, 2025 (*see* Order, ECF No. 9), by bringing this Motion to Dismiss, First Direct does not waive any other defenses, including but not limited to all defenses set forth in Federal Rule of Civil Procedure 12(b)(1)–(7) and the right to move under Rule 12(b)(6) on other grounds.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss and consistent with the Court's March 13, 2025 Order (*see* Order, ECF No. 9), First Direct relies on, and adopts as if filed in this proceeding, the briefing that various other defendants in other Daniel's Law cases before this Court filed in support of a materially identical motion to dismiss. In particular, First Direct relies on and adopts the briefing and related exhibits available at Docket Nos. 27, 54, and 68 in the action captioned *Atlas Data Privacy Corp. et al. v. Lightbox Parent, L.P.*, No. 1:24-cv-04105-HB (D.N.J.). First Direct stands ready to re-file the briefing at the Docket Numbers referenced above if the Court so directs.

        Respectfully Submitted,

        **FREEMAN MATHIS & GARY, LLP**

Dated: March 19, 2025

s/ *William W. Cheney*
William W. Cheney III, Esq.
NJ Attorney ID: 023102009
Andrew W. Sheppard, Esq.
NJ Attorney ID: 406892022
3 Executive Campus, Suite 350
Cherry Hill, NJ 08003
(856) 406-1268, 1262
wcheney@fmglaw.com
andrew.sheppard@fmglaw.com
*Attorneys for Defendant, First Direct, Inc.*

## CERTIFICATION OF SERVICE

I, William W. Cheney III, certify that a true and correct copy of the foregoing Notice of Motion was electronically filed and is available for viewing and downloading from CM/ECF. I further certify that on this date, I caused to be served a true and correct copy of same on counsel for all opposing parties via CM/ECF and email:

> Rajiv D. Parikh, Esq.
> Kathleen Barnett Einhorn, Esq.
> Jessica A. Marejo, Esq.
> **PEM Law LLP**
> 1 Boland Drive, Suite 101
> West Orange, NJ 07052
> (973) 577-5500
> rparikh@pemlawfirm.com
> keinhorn@pemlawfirm.com
> jmerejo@pemlawfirm.com
>
> John A. Yanchunis, Esq.
> Ryan J. McGee, Esq.
> Ron Podolny, Esq.
> **Morgan & Morgan**
> 201 N. Franklin Street, 7th Floor
> Tampa, FL 33602
> jyanchunis@forthepeople.com
> rmcgee@forthepeople.com
> rpodolny@forthepeople.com
>
> *Attorneys for Plaintiffs*

Dated: March 19, 2025                     s/ *William W. Cheney*
                                          William W. Cheney III, Esq.