UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   April 2, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**   **DOCKET NO.:** 25-1480 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
FIRST DIRECT, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:42a.m.   Time Adjourned: 10:43a.m.   Total Time in Court: 0:01