# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION,** *as assignee of individuals who are Covered Persons*, **JANE DOE-1**, *a law enforcement officer*, **JANE DOE-2**, *a law enforcement officer*, **EDWIN MALDONATO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,** <br><br>                    **Plaintiffs,** <br><br> v. <br><br> **FIRST DIRECT, INC., RICHARD ROES 1–10**, *fictitious names of unknown individuals*, **and ABC COMPANIES 1–10**, *fictitious names of unknown entities*, <br><br>                    **Defendants.** | **CIVIL ACTION** <br><br> No. 1:25-cv-01480-HB <br><br> Return Date: May 19, 2025 or as otherwise ordered <br><br> Oral Argument Requested |

### NOTICE OF MOTION BY DEFENDANT, FIRST DIRECT, INC., TO DISMISS PLAINTIFFS' COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)

To:  Rajiv D. Parikh, Esq.
     Jessica A. Merejo, Esq.
     PEM Law LLP
     1 Boland Drive, Suite 101
     West Orange, NJ 07052
     *Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on **Monday, May 19, 2025** at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant, First Direct, Inc. ("First Direct"), by and through its undersigned attorneys, Freeman Mathis & Gary, LLP, will move before the United States District Court for the District of New Jersey, Camden Vicinage, Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey 08101, the Honorable Harvey

Bartle III, United States District Judge for the Eastern District of Pennsylvania (sitting by designation), for an Order dismissing Plaintiffs' Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss, First Direct joins, relies on, and adopts as if filed in this proceeding the Consolidated Motion to Dismiss filed on March 18, 2025 by similarly situated defendants in the action captioned *Atlas Data Privacy Corp. v. DM Group Inc.*, No. 1:24-cv-04075-HB (D.N.J.), ECF No. 59, a true and correct copy of which is attached hereto as **Exhibit 1**. A proposed form of Order is attached hereto as **Exhibit 2**.

Oral argument is respectfully requested.

Respectfully Submitted,

**FREEMAN MATHIS & GARY, LLP**

Dated: April 17, 2025

s/ *William W. Cheney*
William W. Cheney III
NJ Attorney ID: 023102009
Andrew W. Sheppard
NJ Attorney ID: 406892022
3 Executive Campus, Suite 350
Cherry Hill, NJ 08002
(856) 406-1268, 1262
wcheney@fmglaw.com
andrew.sheppard@fmglaw.com
*Attorneys for Defendant, First Direct, Inc.*

## CERTIFICATION OF SERVICE

I, William W. Cheney III, certify that a true and correct copy of the foregoing Notice of Motion was electronically filed and is available for viewing and downloading from CM/ECF. I further certify that on this date, I caused to be served a true and correct copy of same on counsel for all opposing parties via CM/ECF:

>Rajiv D. Parikh, Esq.
>Kathleen Barnett Einhorn, Esq.
>Jessica A. Marejo, Esq.
>**PEM Law LLP**
>1 Boland Drive, Suite 101
>West Orange, NJ 07052
>(973) 577-5500
>rparikh@pemlawfirm.com
>keinhorn@pemlawfirm.com
>jmerejo@pemlawfirm.com
>
>John A. Yanchunis, Esq.
>Ryan J. McGee, Esq.
>Ron Podolny, Esq.
>**Morgan & Morgan**
>201 N. Franklin Street, 7th Floor
>Tampa, FL 33602
>jyanchunis@forthepeople.com
>rmcgee@forthepeople.com
>rpodolny@forthepeople.com
>
>*Attorneys for Plaintiffs*

Dated: April 17, 2025                             s/ *William W. Cheney*
                                                           William W. Cheney III