## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ATLAS DATA PRIVACY CORPORATION**, *as assignee of individuals who are Covered Persons*, **JANE DOE-1**, *a law enforcement officer*, **JANE DOE-2**, *a law enforcement officer*, **EDWIN MALDONATO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN**,<br><br>              **Plaintiffs,**<br><br>v.<br><br>**FIRST DIRECT, INC., RICHARD ROES 1–10,** *fictitious names of unknown individuals*, **and ABC COMPANIES 1–10,** *fictitious names of unknown entities*,<br><br>              **Defendants.** | CIVIL ACTION<br><br>No. 1:25-cv-01480-HB<br><br>Return Date: May 19, 2025 or as otherwise ordered<br><br>Oral Argument Requested |

**NOTICE OF MOTION BY DEFENDANT, FIRST DIRECT, INC.,
TO DISMISS PLAINTIFFS' COMPLAINT UNDER FED. R. CIV. P. 12(b)(2)
FOR LACK OF PERSONAL JURISDICTION**

To:    Rajiv D. Parikh, Esq.
         Jessica A. Merejo, Esq.
         PEM Law LLP
         1 Boland Drive, Suite 101
         West Orange, NJ 07052
         *Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on **Monday, May 19, 2025** at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant, First Direct, Inc. ("First Direct"), by and through its undersigned attorneys, Freeman Mathis & Gary, LLP, will move before the United States District Court for the District of New Jersey, Camden Vicinage, Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey 08101, the Honorable Harvey

Bartle III, United States District Judge for the Eastern District of Pennsylvania (sitting by designation), for an Order dismissing Plaintiffs' Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss, First Direct will rely on the attached Brief, Certification of Counsel, and proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss, First Direct additionally joins, relies on, and adopts as if filed in this proceeding the Defendants' Consolidated Motion to Dismiss Pursuant to FRCP 12(b)(2) filed on March 18, 2025 by similarly situated defendants in the action captioned *Atlas Data Privacy Corp. et al. v. GoHunt, LLC et al.*, No. 1:24-cv-04380-HB (D.N.J.), ECF No. 42, a true and correct copy of which is attached to First Direct's Brief as **Exhibit 1**.

Oral argument is respectfully requested.

Respectfully Submitted,

**FREEMAN MATHIS & GARY, LLP**

Dated: April 17, 2025

s/ *William W. Cheney*
William W. Cheney III
NJ Attorney ID: 023102009
Andrew W. Sheppard
NJ Attorney ID: 406892022
3 Executive Campus, Suite 350
Cherry Hill, NJ 08002
(856) 406-1268, 1262
wcheney@fmglaw.com
andrew.sheppard@fmglaw.com
*Attorneys for Defendant, First Direct, Inc.*