UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST DIRECT, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No.: 1:25-cv-01480 <br> Hon. Harvey Bartle, III, U.S.D.J. <br><br><br> **STIPULATION AND ORDER** |

WHEREAS, Defendant First Direct, Inc. ("Defendant") and Plaintiffs Atlas Data Privacy Corporation, Jane Doe 1, Jane Doe 2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan ("Plaintiffs") hereby agree and stipulate to modify the Court's order dated April 2, 2025 (Dk. 15).

NOW THEREFORE, as evidenced by the signatures of their counsel appearing below, the Parties agrees as follows:

1

1) Plaintiffs shall serve on or before May 20, 2025, any interrogatories and requests for production of documents relevant to Defendant's Rule 12(b)(2) motion to dismiss.

2) Plaintiffs are precluded from additional discovery without further order of the court.

3) Defendant shall serve on or before June 19, 2025, answers to interrogatories and documents in response to requests for production.

PEM Law LLP
1 Boland Drive
Suite 101
West Orange, NJ 07052
Attorneys for Plaintiffs

By: /s/ Rajiv D. Parikh                     Dated: May 21, 2025
        Rajiv D. Parikh


FREEMAN MATHIS & GARY, LLP
William W. Cheney III
3 Executive Campus, Suite 350
Cherry Hill, NJ 08002
Attorneys for Defendant

By: /s/ William W. Cheney                   Dated: May 21, 2025
        William W. Cheney III


IT IS SO ORDERED this 22nd day of May 2025.

                            /s/ Harvey Bartle III
                                              J.