

3 Executive Campus
Suite 350
Cherry Hill, NJ 08002-4127

Tel: 856.406.1268
**www.fmglaw.com**

**WILLIAM W. CHENEY, III**
**Partner**

D: 856.406.1268
C: 484.678.4221
wcheney@fmglaw.com

July 14, 2025

*Via Email*
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse 601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    **Atlas Data Privacy Corp. v. First Direct, Inc.**
               **Case No. 1:25-cv-01480-HB**

Dear Judge Bartle:

      We represent Defendant, First Direct, Inc., ("First Direct") in the above matter. Pursuant to the Stipulation and Order dated May 22, 2025 (Dk. 22), plaintiffs served personal jurisdiction interrogatories and request for production of documents on May 20, 2025 and First Direct served its answers and responses on June 19, 2025. Prior to First Direct's service of its answers and responses, this Court entered an Order dated June 17, 2025 (Dk. 25) directing plaintiffs to file on or before June 30, 2025 any motion to compel defendants to respond to interrogatories and requests for production of documents related to the issue of personal jurisdiction. Plaintiffs filed their joint Motion to Compel Personal Jurisdiction Discovery on June 30, 2025 (Dk. 31). Given the timing of the above, the first notice to First Direct of any purported deficiencies was June 30, 2025 and the parties were unable to meet and confer before the filing of the Motion to Compel.

      The parties have now met and conferred and are attempting to resolve the pending Motion to Compel as to First Direct. Accordingly, the parties jointly respectfully request a brief extension of the Motion deadlines to allow the parties additional time to explore resolution of the Motion to Compel. Accordingly, we respectfully request that Your Honor sign the attached Stipulation and Order extending First Direct's time to file Opposition to July 21, 2025 and plaintiffs time to file a Reply to July 29, 2025.

                                    Respectfully submitted,

                                      */s/ William W. Cheney*

                                      William W. Cheney, III

                      www.fmglaw.com