UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST DIRECT, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:25-cv-01480<br>Hon. Harvey Bartle, III, U.S.D.J.<br><br><br>**STIPULATION AND ORDER** |

WHEREAS, Defendant First Direct, Inc. ("Defendant") and Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe 1, Jane Doe 2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan ("Plaintiffs") hereby agree and stipulate to modify the Motion to Compel deadlines set forth in the Court's order dated June 17, 2025 (Dk. 25).

1

NOW THEREFORE, as evidenced by the signatures of their counsel appearing below, the Parties agrees as follows:

1) Defendant's responsive brief to Plaintiffs' Motion to Compel shall be filed on or before July 21, 2025; and

2) Any reply brief shall be filed on or before July 29, 2025.

PEM Law LLP

1 Boland Drive
Suite 101
West Orange, NJ 07052
Attorneys for Plaintiffs

By: */s/ Rajiv D. Parikh*                                          Dated: July 14, 2025
      Rajiv D. Parikh

FREEMAN MATHIS & GARY, LLP
William W. Cheney III
3 Executive Campus, Suite 350
Cherry Hill, NJ 08002
Attorneys for Defendant

By: */s/ William W. Cheney*                                      Dated: July 14, 2025
      William W. Cheney III

IT IS SO ORDERED this 15th day of July, 2025.

                              /s/ Harvey Bartle III
                                                      J.