UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST DIRECT, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:25-cv-01480<br>Hon. Harvey Bartle, III, U.S.D.J.<br><br><br>**STIPULATION AND ORDER** |

WHEREAS, Defendant First Direct, Inc. ("Defendant") and Plaintiffs Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe 1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan ("Plaintiffs") hereby agree and stipulate to modify the Motion to Compel deadlines set forth in the Court's order dated June 17, 2025 (Dk. 25).

1

NOW THEREFORE, as evidenced by the signatures of their counsel appearing below, the Parties agrees as follows:

1) Defendant's responsive brief to Plaintiffs' Motion to Compel shall be filed on or before July 28, 2025; and

2) Any reply brief shall be filed on or before July 31, 2025.

**PEM LAW LLP**
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
*Attorneys for Plaintiffs*


By: /s/ *Jessica A. Merejo*          Dated: July 21, 2025
     JESSICA A. MEREJO


**FREEMAN MATHIS & GARY, LLP**
William W. Cheney III
3 Executive Campus, Suite 350
Cherry Hill, New Jersey 08002
*Attorneys for Defendant*

By: /s/ *William W. Cheney*          Dated: July 21, 2025
     WILLIAM W. CHENEY III


IT IS SO ORDERED this  5th  day of August, 2025.

BY THE COURT:


/s/  Harvey Bartle III
     J.