UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE HARVEY BARTLE III**  **DATE OF PROCEEDING**:   September 12, 2025

**COURT REPORTER:**   FRANCESCA DI BELLA

**TITLE OF CASE:**   **DOCKET NO.:** 25-1480 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
FIRST DIRECT, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                                                                s/Lawrence Macstravic
                                                                Deputy Clerk

Time Commenced:   11:03a.m.     Time Adjourned: 11:04a.m.     Total Time in Court: 0:01