# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1676

Atlas Data Privacy Corp, et al v. First Direct Inc

(U.S. District Court No.: 1:25-cv-01480)

## ORDER

At the direction of the Court, It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 28, 2026
LMR/PDB/cc: David Boies, Esq.
Alan J. Butler, Esq.
Kashif T. Chand, Esq.
Rebekah R. Conroy, Esq.
Kathleen B. Einhorn, Esq.
Liza B. Fleming, Esq.
Ronald G. London, Esq.
Mark C. Mao, Esq.
Jessica A. Merejo, Esq.
Eric M. Palmer, Esq.
Rajiv D. Parikh, Esq.
Samantha D. Parrish, Esq.
Melissa E. Rhoads,
Jennifer L. Sarvadi, Esq.
Adam R. Shaw, Esq.
Andrew W. Sheppard, Esq.
Mathura J. Sridharan, Esq.
Robert D. Tilley, Esq.
Michael L. Zuckerman, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate