**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**PEM LAW LLP**
Rajiv D. Parikh, Esq.
Jessica A. Merejo, Esq.
Julia R. Livingston, Esq.
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone.: (973) 577-5500
Email(s): rparikh@pemlawfirm.com
jmerejo@pemlawfirm.com
jlivingston@pemlawfirm.com

*Attorneys for Plaintiffs*

**FREEMAN MATHIS & GARY, LLP**
William W Cheney, III
Andrew W. Sheppard
3 Executive Campus, Suite 350
Cherry Hill, New Jersey 08002
Telephone: 856-406-1268
Email: wcheney@fmglaw.com
andrew.sheppard@fmglaw.com

*Attorneys for Defendant*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1*, a law enforcement officer;* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, PATRICK COLLIGAN, JUSTYNA MALONEY, SCOTT MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br>FIRST DIRECT, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | 25-cv-1480 (HB)<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed, by and between Plaintiffs, Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Jane Doe-1 and Jane Doe-2, law enforcement officers; Patrick Colligan, Edwin Maldonado, Scott Maloney, Justyna Maloney,

William Sullivan, and Peter Andreyev (collectively "Plaintiffs") and Defendant First Direct, Inc. ("Defendant"), by and through their undersigned counsel that this matter is dismissed with prejudice without costs.

The Parties and any other person subject to the terms of the Settlement Agreement dated December 19, 2025 (the "Agreement") agree that this Court shall retain jurisdiction over it and them for purpose of enforcing the terms of the Agreement.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By: */s/ Julia R. Livingston*___
JULIA R. LIVINGSTON

Dated: November 9, 2026

**FREEMAN MATHIS & GARY, LLP**
*Attorneys for Defendant*

*/s/ William W. Cheney, III*________
WILLIAM W. CHENEY, III

Dated: November 9, 2026